1  **JAMES M. CHAVEZ**
California State Bar No. 255766
2  Law Office of James M. Chavez
180 Broadway, Suite 1800
3  San Diego, California 92101
Telephone: (619) 894-6464
4  james@jameschavezlaw.com

5  Attorney for Mr. Verduzco

6

7  UNITED STATES DISTRICT COURT

8  SOUTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  **21CR292-GPC** |
| Plaintiff, | Date:  September 26, 2022<br>Time: 9:00 a.m. |
| v. | **MR. VALENCIA'S  SENTENCING MEMORANDUM** |
| **Hector Valencia Segovia**, | |
| Defendant. | |

15

16  ## I.

## SENTENCING RECOMMENDATION

Hector Valencia and his family request a sentence of twenty-four months custody, no supervised release (USSG § 5D1.1(c)), and no fine.



*Hector with his only biological child son Erik Leonel Valencia Luna*

1   Mr. Valencia understands that the Court has stated in previous sentencing
2   hearings in this case that 56 months is the floor in this type of case (~half of 108
3   months) and that minor role is not appropriate because the Court views each of
4   the individuals in this type of endeavor to be equal participants (in most regards)
5   and the amount of money they receive to be significant.
6       Mr. Valencia invites the to Court to reconsider these views in light of Mr.
7   Valencia's individual role/circumstances and the Ninth Circuit intervening
8   decision *United States v. Rodriguez*, 44 F.4th 1229 (9th Cir. 2022)(filed August
9   17, 2022). Mr. Valencia was less culpable than his co-defendants. Thus, a
10  sentencing disparity is warranted.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## II.

## Hector Valencia

**A. Mr. Valencia was motivated by love for his family to commit this crime.**

Mr. Valencia's wife was recently diagnosed with stomach cancer. When he left their home town located in the jungles of the Amazon, she had a bloated stomach. She was barely eating. Most foods caused her to feel pain and unwell. They did not have enough money to pay for her to see a doctor. So at that point they did not know how serious her illness was. (It was only within the past few months that she was diagnosed with cancer – more than a year after her physical symptoms manifested.)

At that time, it was the height of the pandemic. Mr. Valencia had not worked for months. Prior to the pandemic, Mr. Valencia had scraped by boarding city buses and selling small candies to the riders. Before that he had worked in the fields chopping wood with a machete. Rarely did he make more than $10 per day. With that income, he fed his wife, her six kids, their toddler son and his bed-ridden mother-in-law. But nine months into the pandemic, everyone was scared, stressed, and hungry. There was no extra money to see a doctor and get treatment, even if one could be seen at that point in the pandemic.

So when Mr. Valencia was offered this job by an individual he knew and trusted, he took it. He had never done anything like this before in his life. He only have two years of education. But he had always worked hard. At age eight when he left school, he started shining shoes. His life had been defined by hard work. He had never been arrested, nor involved with a gang, nor had he ever tried any kind of drugs. He was a Christian who married a Christian woman. But desperate times got the better of him.

When he was a younger man, Mr. Valencia has lived in a city by the ocean. He had learned to work as a fisherman during this time. These were skills that allowed him to make a living. But they were not such special that earned him

HECTOR VALENCIA'S SENTENCING MEMORANDUM

enough of an income to cause him to commit to that line of work. Ship hands were a dime a dozen, and wer paid accordingly. So, Mr. Valencia happily moved to the mountains with his wife. But now these not-so-special skills might provide a financial life-line for his family.

When he embraced his wife and kissed her good bye, he thought he would be gone two maybe three weeks. He never thought it might be forever.

5-year relative survival rates for stomach cancer

| SEER stage | 5-year relative survival rate |
|---|---|
| **Localized** | **70%** |
| Regional | 32% |
| Distant | 6% |
| All SEER stages combined | 32% |

Mar 1, 2022



Mr. Valencia and his wife the day of their Christian wedding

HECTOR VALENCIA'S SENTENCING MEMORANDUM

**B. Mr. Valencia was a field worker in rural Ecuador 12 hours from the nearest port prior to being recruited by a trusted individual for this life threatening, financial opportunity.**

Mr. Valencia has a lot of mouths to feed. Five years before his arrest he met a beautiful woman named Sonia Yolanda Luna Salazar. They were both dedicated Christians. Nearly immediately, they fell in love and moved in together. They moved to the town of Coca near her family, a city at the confluence of two rivers in the Amazon Rainforest. Their life was financially impoverished, but rich with love



*1Hector and Sonia in love*

He labored in the fields picking fruit and vegetables to feed the many mouths for which they were responsible. Sonia had six kids from a prior relationship. They ranged in age from 17 to 7 at the time that Mr. Valencia left home. Prior to departing his town of Coca, Mr. Valencia had not had work for four months. Everyone was hungry. They were desperate.

Mr. Valencia's economic options were limited. He only attended school through the second grade. He could barely read. His support network was limited. His mother was dead. She left him no bequest. She herself had raised Mr. Valencia alone and kept food on the table by working in the pineapple fields. Mr. Valenica never had a relationship with his father.

Mr. Valencia committed this offense for his family who loves him dearly. They miss him desperately. In the first months after Mr. Valencia's arrest, his son would not eat. He was losing weight and the family was worried. When Mr. Valencia would talk to him on the phone from the MCC, his son would cry, Sonia would cry, Mr. Valencia would cry. To date, when his son sees an airplane, he says

1  "daddy" because he has been told this is how his father will return someday.

2  The situation is so desperate that Mr. Valencia has worked in the MCC to

3  send her money back home so that his family can eat.

5  mi hijo adorable
   Que lo amo muchísimo

6  See Translation



2Mr. Valencia with his infant son. His Facebook is exclusively photos
of his son, wife, and dedications to Christ.

**B. Conditions of confinement while being transported by U.S. officials to the United States.**

The plea agreement in this case states:

> The defendant may not seek any additional downward adjustments, departures, or variances from the Sentencing Guidelines under 18 U.S.C. § 3553 based on the defendant's transportation or detention before his initial appearance in the Southern District of California. This includes, but is not limited to, arguments based on the conditions of detention while at sea or the amount of time detained at sea before the initial appearance.

Mr. Valenica will abide by this condition that the government wrote into the plea agreement.

**C. Mr. Valencia merits a minor participant adjustment under the Ninth Circuit's recent Rodriguez case.**

Mr. Valencia is entitled to a 2-level downward adjustment for minor role. USSG §3B1.2 provides a mitigating role adjustment for "a defendant who plays a part in committing the offense that makes him substantially less culpable than the average participant."

The Sentencing Commission sets out five factors district courts "should consider" when determining whether to apply an adjustment:

(i) the degree to which the defendant understood the scope and structure of the criminal activity;

(ii) the degree to which the defendant participated in planning or organizing the criminal activity;

(iii) the degree to which the defendant exercised decision-making authority or influenced the exercise of decision-making authority;

(iv) the nature and extent of the defendant's participation in the commission

1    of the criminal activity, including the acts the defendant performed and the

2    responsibility and discretion the defendant had in performing those acts;

3    (v) the degree to which the defendant stood to benefit from the criminal

4    activity.

5    U.S.S.G. § 3B1.2 cmt. 3(C).

6        To determine whether a participant is entitled to a "minor role" reduction,

7    the court must look to all participants in the scheme in which the defendant was

8    involved, including participants who have not been charged, arrested, or identified.

9    *United States v. Rojas-Millan*, 234 F.3d 464, 473 (9th Cir. 2000). In a drug case,

10   the court must consider others involved in the drug distribution scheme, including

11   those involved as recruiters, suppliers, distributors, and couriers. *Id.* at 474

12   (remanding for findings as to whether courier was less culpable than other

13   participants in drug ring). In *United States v. Dominguez-Caicedo*, 40 F.4th 938

14   (9th Cir. 2022), the court clarified that the mitigating-role commentary's reference

15   to the "average participant" refers to the "mathematical average," and that to

16   calculate that average, all likely participants—including leaders or organizers or

17   those who were otherwise highly culpable—must be included in the calculation. *Id.*

18   at 960 (quoting *United States v. Diaz*, 885 F.3d 911, 916-917 (9th Cir. 2018.).

19       The other participants need not be precisely identified—indeed, a defendant

20   who played a minor role will often be unable to identify other participants, precisely

21   because they were not deeply involved in the offense. *Diaz*, 884 F.3d at 917. Where

22   a defendant "knows little about the scope and structure of the criminal enterprise in

23   which he was involved," this fact weighs in favor of, not against, a minor role

24   adjustment. *Id.*

25       Recently, in *Rodriguez*, the Court vacated Rodriguez's sentence, concluding

26   the district court erred in denying minor role. "We have [] held that district courts

27   must consider all of these factors when determining whether to grant a mitigating-

28   role adjustment. *See United States v. Quintero-Leyva,* 823 F.3d 519, 523 (9th Cir.

2016). Thus, gone are the days when district courts had virtually unlimited discretion to simply deem a defendant to be of above average, average, or below average culpability. Now, 'the assessment of a defendant's eligibility for a minor-role adjustment must include consideration of the factors identified by the Amendment, not merely the benchmarks established by our case law that pre-dates Amendment 794's effective date.'[ citing *Diaz*, at 916.]" *Rodriguez*, at *9.

In addition, "...the commentary instructs courts to analyze the degree to which each factor applies to the defendant. The question is not simply whether the defendant 'understood the scope and structure,' 'participated in planning or organizing,' or 'stood to benefit' from the crime. This is because the purpose of these factors is to determine the defendant's role relative to other participants in the crime. And even a defendant who knows some of the scope and structure of the organization, participates in some of the planning, and receives a large payment for his participation could still play a relatively minor role compared to his coparticipants if they know more about the scope and structure of the organization, are more heavily involved of the planning, and receive a larger share of the proceeds. The key question is how the defendant compares with the other participants in the offense." *Rodriguez*, at *12-*13.

The above discussion weighs in favor of applying a minor role reduction, USSG §3B1.2, to Mr. Valencia. The facts reveal that many additional people were required and involved in the drug smuggling operation, all of whom had agreater involvement. Although a large quantity of drugs was seized and Mr. Valencia involvement was limited. Mr. Valencia's job was only to show up, help drive, navigate, and refuel the boat.

- Mr. Valencia was recruited by another Ecuadorian.

- Mr. Valencia did not recruit anyone else.

- Mr. Valencia did not pack the food.

- Mr. Valencia did not pack the water.

- Mr. Valencia did not pack the drugs.
- Mr. Valencia did not procure a boat.
- Mr. Valencia did not procure the engines for the boat.
- Mr. Valencia did not procure the gas cans.
- Mr. Valencia did not procure a satellite phone.
- Mr. Valencia did not put the phone number in the satellite phone for whom they would contact along the way.
- Mr. Valenica did not plan or decide that there would be two refuelings along the way, or when and where the refuelings would happen.
- Mr. Valencia did not know he would be meeting up with another boat of Ecuadorians in addition to meeting up with the Mexicans.
- Mr. Valencia did not know where the refueling boats were coming from.
- When Mr. Valenica was afraid for his life because of the enormous waves on the high seas, it was not within Mr. Valencia's authority to leave the open ocean head back to shore to calmer, safer waters.
- When his boat met up with the boat full of Mexicans, Mr. Valencia was not the one coordinating things between the two parties. It was one of the other Ecuadorians.
- Mr. Valencia had never met or talked to a Mexican before getting on this boat out in the ocean.
- Mr. Valencia did not decide whether they would burn, sink, or simply abandon the boat he had been on before getting on the Mexican boat.

- Similarly, when the Mexican boat met up with the second Ecuadorian boat, Mr. Valencia did not coordinate moving the drugs and people from one boat to another, nor did he decide what would happen with the other Ecuadorian boat.

- Once they were picked up by the Mexicans, Mr. Valencia did as he was told and did not give orders to anyone.

- Mr. Valencia did not bring the tarp they all slept under on the boat.

- Mr. Valencia did not bring the tools the Mexians had on their boat like a generator and a chainsaw.

- Mr. Valencia did not know how long he would be on the Mexican boat.

- Mr. Valencia did not know where in Mexico the drugs were going.

- Mr. Valencia did not know where in Mexico he was going.

- Mr. Valencia did not know how he would get back to Ecuador until the Mexicans told him that he would take an airplane back from Mexico.

- Mr. Valencia was not going to buy his plane ticket home.

- Mr. Valencia did not claim to be the captain of the boat when arrested by U.S. officials.

- Mr. Valencia had never done this before.

- Mr. Valencia will never do this again.

Despite the sentences of his co-defendants, a minor participant adjustment is appropriate under the intervening Ninth Circuit *Rodriguez* decision.

# V.

## <u>CONCLUSION</u>

Although he knows he will be with her in heaven, Mr. Valencia would like to see his wife again in this life. Mr. Valenica prays for mercy.

Respectfully submitted,

Dated:  September 21, 2022          *s/ James M. Chavez*
                                    Attorney for Mr. Valencia

BP-A0324
JUN 10

**WORK PERFORMANCE RATING - INMATE**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| Inmate's Name<br>VALENCIA-SEGOVIA, HECTOR LEONEL | Register No.<br>96486-298 | Unit<br>K-Unit |
|---|---|---|
| Evaluation Period<br>MAY 26, 2021 TO PRESENT | Work Assignment<br>K-UNIT ORDERLY | |

Bonus Justification

HECTOR, VALENCIA is a consistent and hard worker. He has good work ethic and dependability. His quality of work and initiative are exceptional.

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
_✓_5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF

Prescribed by P5251

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
_✓_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_✓_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___ 1  ___ 2  ___ 3  _✓_ 4  ___ M.

2. Hours of Satisfactory work **175 a month**

3. Regular Pay _____

4. Bonus Recommended: _✓_ yes; ___ no

5. Total Pay **31.50 A MONTH**

| Supervisor's Signature   Soro Lw | Date 07/20/2021 |
|---|---|
| Inmate's Signature | Date 07/20/2021 |

Inmate _____ was requested to sign this rating, but refused, citing the following
reason:

| Staff Witness' Signature | Date |
|---|---|

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**      # SECTION 4

**TRANSLATION**

Santo Domingo de Los Tsachilas, Ecuador    May 8, 2021

To whom ity may concern:

My name is Tania Maribel Luna Salazar. My identity card number is 2101023162.

At the request of the interested party, Mr. Hector Valencia, I hereby certify that I have known him for six years. During this time he has proven to be a trustworthy, considerate, respectful and honest person. He has earned the respect of his family and those of us who know him. In addition to working day by day for the good of his loved ones.

This is all as far as I can certify to the truth. This letter is issued on behalf of the interested party for whatever suitable purpose.

Sincerely,
[Unintelligible signature]
Tania Maribel Luna Salazar
C.I.: 2101023162
Cel: 0992448129

**TRANSLATION**

Santo Domingo de Los Tsachilas, Ecuador    May 7, 2021

To whom it may concern:

My name is Luna Salazar Erika Elena. My identity card number is 2101023154.

At the request of the interested party, Mr. Hector Valencia, I hereby certify that I have known him for six years. During this time, he has proven to be an honorable, respectful and responsible person. These virtues have made him worthy of the appreciation and consideration of those of us who have had the opportunity to meet him.

This is all as far as I can certify to the truth. This letter is issued on behalf of the interested party for whatever suitable purpose.

Sincerely,
[Unintelligible signature]
Luna Salazar Erika Elena
C.I: 2101023154
Cel: 0991785380

**TRANSLATION**

Santo Domingo de Los Tsachilas, Ecuador   May 7, 2021

To whom it may concern:

My name is Victor Eleuterio Jimenez Bedon. My identity card number is 1703151447.

At the request of the interested party, Mr. Hector Valencia, I hereby certify that I have known him for six years. During this time, he has proven to be an honest, respectful person, dedicated to his family and friends. These qualities have earned him the esteem and respect of those of us who know him. It should be noted that he has always been a hard-working person who has taken care of the well-being of his family even from a distance.

This is all as far as I can certify to the truth. This letter is issued on behalf of the interested party for whatever suitable purpose.

Sincerely,
[Unintelligible signature]
Jimenez Bedon Victor Eleuterio
C.I: 1703151447
Cel: 0990608425

**TRANSLATION**

Santo Domingo de Los Tsachilas, Ecuador    May 7, 2021

To whom it may concern:

My name is Luna Salazar Wilson Antonio. My identity card number is 2100684303.

At the request of the interested party, Mr. Hector Valencia, I hereby certify that I have known him for seven years. I can attest that he is a hardworking, dedicated, respectful and kind person, not only with his family, who have shown that they are his pillar of life, but also with the people who have had the opportunity to meet him.

This is all as far as I can certify to the truth. This letter is issued on behalf of the interested party for whatever suitable purpose.

Sincerely,
[Unintelligible signature]
Luna Salazar Wilson Antonio
C.I: 2100684303
Cel: 0989039938

Santo Domingo de Los Tsáchilas – Ecuador, 07 de mayo del 2021

A quien corresponda

Presente.-

De mi consideración reciba usted un cordial saludo:

Yo, **LUNA SALAZAR ERIKA ELENA**, con cédula de identidad N° **2101023154**, a petición del interesado **Sr. Hector Valencia Cedeño**:

Por medio de la presente certifico conocer al Sr. Hector desde hace 6 años, quien ha demostrado ser una persona honorable, respetuosa y responsable, virtudes que le han hecho merecedor del aprecio y consideración de quienes hemos tenido la oportunidad de tratarlo.

Es todo en cuanto puedo certificar en honor a la verdad.

Autorizo al interesado a hacer uso del presente certificado en lo que estime conveniente.

Atentamente,

**LUNA SALAZAR ERIKA ELENA**
**C.I.: 2101023154**
**CEL: 0991785380**

Santo Domingo de Los Tsáchilas – Ecuador, 07 de mayo del 2021

A quien corresponda

Presente.-

De mi consideración reciba usted un cordial saludo:

Yo, **Luna Salazar Wilson Antonio**, con cédula de identidad N° **2100684303**, a petición del interesado **Sr. Hector Valencia Cedeño**, certifico que:

Conozco al antes mencionado desde hace ya 7 años, por lo cual puedo asegurar que es una persona trabajadora, dedicada, respetuosa y amable, no sólo con su familia, quienes ha demostrado que son su pilar de vida, sino también con las personas que hemos tenido la oportunidad de conocerlo.

Es todo en cuanto puedo certificar en honor a la verdad.

El interesado puede hacer uso de este certificado en lo que creyere conveniente.

Atentamente,

Wilson Luna

**LUNA SALAZAR WILSON ANTONIO**
**C.I.: 2100684303**
**CEL: 0989039938**

Santo Domingo de los Tsáchilas, Jueves 06 de abril del 2021

A quien corresponda

Presente.-

De mi consideración reciba usted un cordial y atento saludo:

Yo, **Eduardo Ismael Luna Bravo**, con cédula de identidad **N° 2101285860**, a petición verbal del señor Hector Valencia, tengo a bien **CERTIFICAR** que conozco al señor desde hace un tiempo atrás, aproximadamente 6 años, en los cuales ha demostrado ser una persona honrada, honorable, educada, respetuosa, cualidades que le han hecho merecedor del aprecio y consideración de todos quienes hemos tenido la oportunidad de tratarlo.

Es todo cuanto puedo certificar en honor a la verdad, y autorizo al interesado, para que haga uso del presente, como más convenga a sus particulares intereses.

Atentamente,

_Eduardo_
_____

**Luna Bravo Eduardo Ismael**
**C.I.: 2101285860**
**CEL.: 0990695240**

Santo Domingo de Los Tsáchilas – Ecuador, 07 de mayo del 2021

A quien corresponda

Presente.-

De mi consideración reciba usted un cordial saludo:

Yo, **Victor Eleuterio Jimenez Bedon**, con cédula de identidad N° **1703151447**, a petición del interesado el **Sr. Hector Valencia Cedeño**, por medio de la presente certifico que:

Conozco al señor Valencia desde hace ya 6 años, tiempo en el cual ha demostrado ser una persona honrada, respetuosa, dedicado a su familia y amigos, cualidades que le han hecho merecedor del estima y respeto de quienes lo conocemos. Cabe destacar que siempre ha sido una persona trabajadora que ha estado pendiente del bienestar de su familia incluso a la distancia.

Es todo en cuanto puedo certificar en honor a la verdad.

El interesado puede hacer uso del presente certificado en lo que creyere conveniente.

Atentamente,

**JOMINEZ BEDON VICTOR ELEUTERIO**
**C.I.: 1703151447**
**CEL: 0990608425**

Santo Domingo de Los Tsáchilas – Ecuador, 08 de mayo del 2021

A quien corresponda

Presente.-

De mi consideración reciba usted un cordial saludo:

Yo, **Tania Maribel Luna Salazar**, con cédula de identidad N° **2101023162**, a petición del interesado el **Sr. Hector Valencia**, por medio de la presente certifico que:

Conozco al señor Valencia desde hace ya 6 años, tiempo en el que me ha demostrado ser una persona confiable, considerada, respetuosa y honrada, ganándose el respeto de quienes lo conocemos y su familia. Además de trabajar día a día por el bien de sus seres queridos.

Es todo en cuanto puedo certificar en honor a la verdad.

El interesado puede hacer uso del presente certificado en lo que creyere conveniente.

Atentamente,

**TANIA MARIBEL LUNA SALAZAR**
**C.I.: 2101023162**
**CEL: 0992448129**



**Mr. Valencia and his only biological son Erik.**



**Mr. Valencia and his wife the day of their Christian wedding**



Mr. Valencia's adopted kids



Mr. Valencia's adopted kids

Search

Another Weekend
Ariel Pink



**Act Now Environment Society Sustainable development Lifestyle**

Climate Crisis Nature Rights Politics Economy & Business Energy Mobility Arts & Culture Food Health

GENDER          ACTIVISM          CORONAVIRUS

Home  ›  Environment  ›  Ecuador's artisanal fishermen are fighting against the current

# Ecuador's artisanal fishermen are fighting against the current



Search **LIFEGATE**

Another Weekend
Ariel Pink

29 April 2022, by [Lise Josefsen Hermann](#)

*A special report from Ecuador's fisheries delves into the complex reality of being an artisanal fisherman, faced with extortion and environmental collapse.*

---



The artisanal fishing sector in Ecuador is in crisis, with troubling implications and no easy solutions © Andrés Yépez

It's a sunny afternoon and we are at the port of **Jaramijó,** just 10 kilometres from Ecuador's largest fishing port, **Manta**. According to the most recent fishing census, 2016 inhabitants of Jaramijó are **involved in fishing activities**, which are the primary type of work here. One of the artisanal fishermen, who entered the profession at the age of 15, shares his experiences with us. We will call him Carlos to protect his safety.



Search

Another Weekend
Ariel Pink

"Fishing is not like before," he says, confirming what other fishermen in Manabí have told us. "**Fish are scarce**. Due to contamination and **damage to the environment**, the fish have moved further away. Here in Ecuador, we say we are protecting the environment, but it is a pure lie. **There is a lot of pollution**. Because of this, the fish are already migrating to other places; we humans damage everything".



help stocks recover to more sustainable levels. Ministerial Agreement 070 establishes a **bycatch percentage allowance** during the closed season. For artisanal fishermen, it is 8% of the volume in weight of their catch. That means that they can bring in a certain percentage of dorado fish (while targeting other species) during the closure."It seems good to me because the dorado mates at that time and there are already shortages of several species in Ecuador. The hammerhead is rarely seen anymore. But yes, **the ban harms us** financially as fishermen and for that reason, the government should help us," claims Carlos.

## Read more

Shark hotspots are being overtaken b...

## Structural problems

Another thing that everyone repeats is that **laws are not followed** and that the **authorities are corrupt**. "They do not enforce the law. You bribe them and they take it and that's that. If there's a boat in a place that is not allowed, you just pay and that's it. This situation has had a serious effect on fishing," says Carlos. The issue of **corruption** is an open secret, admits **Pablo Guerrero**, Director of Marine Conservation of

 Another Weekend
Ariel Pink

in the fishing sector. It's a sad reality here."
Guerrero outlines the impacts of bad actions in
the past: "There are **species that have
disappeared due to overfishing**. Species that
had no management. And the fishing fleet has
increased a lot, now there is much **more
competition**."

Artisanal fishing, also known as traditional or subsistence
fishing, provides a livelihood to many Ecuadorians © Andrés
Yépez

Another restriction prohibits fishing within one
mile from the shore, because that area is the
seedbed of the sea. From 1 to 8 miles out, only
artisanal fishermen can work, while industrial
boats cannot enter. Unfortunately, **many do not
respect the prohibitions**.

The size of Ecuador's artisanal fishing fleet is not
known for certain. According to the National
Registry of the Ministry of Production, Foreign
Trade, Investment and Fishing, this fleet has
11,323 vessels. However, in a census carried out
by the Federation of Fishing and Similar



Search          Another Weekend
                Ariel Pink

unmanaged artisanal fishing has a **significant environmental impact**, says Guerrero: "Artisanal fishing is poorly regulated in Ecuador. There are so many fishermen and this is a problem. It is complex, as the profession includes the poorer sectors of society, and their votes are politically important. That is why the situation is like this."

## Trafficking and contraband

The issue of **drug trafficking** is another factor compounding problems in the fishing sector on the Ecuadorian coast. Generally, the fishermen involved carry cocaine and contraband products. "Especially in Manabí, drug trafficking has a strong impact, because **fishing does not provide enough money** to cover the fishermen's debts," says Carlos. "Because of the environmental damage, there are **no longer as many fish** as there used to be. **People have no choice** but to take illicit goods".

The fishing crisis has forced some fishermen to turn to illicit activities to make ends meet © Andrés Yépez

"We are humble fishermen. There are a lot of fellow fishermen who have had to do things they should not be doing, like drug trafficking, because of the crisis in the sector. **This could end** if the government helped the fishermen. People would be able to live normal lives and they would no longer have to commit illicit acts at sea. We are going to become like Venezuela



Another Weekend
Ariel Pink

dangerous people come and say 'you have your boat, you must bring this somewhere for me, and if you don't, I'm going to take it out on your family!' **Many of us are forced to do these things**. I have many colleagues who are in prison, with sentences of 13-15 years, because – without knowing or wanting to – they got into trouble. Everyone is going through this. The whole fishing sector would be different if this could be avoided. The whole time I've been a fisherman we have had practically **no support from the government**. You live like you manage to, you do what you want, out there. Out there on the sea".

## Read more

### Women, motherhood, and...

Carlos says that he used to fish 40 miles offshore. Now he is sailing up to 100 miles away. "I think that if the laws were enforced, if various areas were protected, things would be different. In Galapagos, even in the protected area, you see quite a lot of Chinese boats. If it were like in other countries, **these boats would not be allowed**. Those Chinese boats were catching a lot of fish and Ecuador did nothing. It should be the highest authority but it allows boats from



Search

# Everything is connected, especially in the oceans

Then there is the issue of extortion, a subject that profoundly worries the sunburned fisherman. "We're also suffering due to piracy, with many engines being stolen. We fishermen suffer a lot of **extortion from criminal gangs**. To be able to go out fishing without the mafia groups stealing our engines we have to give them a monthly payment. And even then, they still take our engines. They take about **10-12 engines every month**. We don't know who they are. That's why many fishermen have had to resort to illegal activities," says Carlos. His testimony is echoed by many fishermen in other Manabí ports. The amount is the same: US$120 per month per boat. It's the owners of the boats who are being charged. They have also been told that the contribution will soon increase to $140. But since an engine can cost $10,000 depending on the size, they prefer to make the payoff every month.

Criminals extort Ecuadorian fishermen who are forced to pay up, faced with the threat of losing their livelihood © Andrés Yépez

On the day in February 2022 that we talked to Carlos, news of a fisherman missing at sea – near Jaramijó – arrived on the coast. "It is for the same reason. **For fear of pirates, we can't sail with lights**. And so it often happens that we

Search   LIFEGATE

because of the **lack of intervention** by the authorities. "Where is the law in Ecuador? There is no law here. Many of us are experiencing these things. We have looked to the authorities, but they offer no solution at all," says Carlos.

## Are sharks always bycatch?

As a fisherman, Carlos recognises that the difficult economic situation means some people don't always follow the law. With his boat, fishing authorities generally allow him to return with approximately 100 sharks, or the equivalent of 5-10 per cent of the total catch, despite shark fishing being forbidden by decree 486. But a certain amount, known as **bycatch**, is accepted. Bycatch is when fishermen unintentionally catch species that are banned.

**Read more**

Meet the Latin American activist...

Restrictions on the fishing of different species of **sharks** have been in place in Ecuador since 2007, prohibiting their capture as a **protected species**. Fishermen can only bring sharks into port if they were fished accidentally. Fishermen who violate this law can be fined with 4 to 10 basic salaries, equivalent to USD 1700 to USD



Another Weekend
Ariel Pink

"shark" very often. For example, they say "hammerhead fish", not "hammerhead shark", when referring to *Sphyrna Zygaena*. Others call it "toyo," a generic word for shark. They call it a fish as if it's something that can be caught.

Fishermen sometimes fish for sharks despite the sanctions © Andrés Yépez

And, as Carlos explains, bycatch is not always really bycatch: "Sometimes we are out there and there is nothing. No luck. What do we do? We as fishermen know where the toyo are. **Sometimes we go out there and catch 300 or 400 of them**. That saves us the trip. If a boat sees that it is not going to cover its expenses with 100 sharks, it takes 400 of them. Yes, there are sanctions, but you can also **pay the authorities and get rid of the sanction**". We go out to the dock and indeed see some shark carcasses beside their respective fins. The scene is striking. We also see a representative of the fishing oversight authority, whose biologists are responsible for checking and recording what is brought in by the boats.

## "There is no choice but to catch toyo"

"Sometimes I tell my children that **we must take care of marine resources** because fishing is no longer the same as when I started out. I stayed at sea for up to 10 days, we caught



at sea up to 30-40 days and **sometimes fishing is not even enough to earn my basic salary.** It's difficult. There is nothing left to do but to catch toyo," he says with a look of desperation.

"There is a bit of a guilty conscience," says Carlos. "**We are killing a lot of species,** so what are we going to do in the future? I tell my children that when I started when I was 15 years old, everything was happy, you caught billfish, you came home with something for the family, but now it is not like that anymore. Recently a colleague asked me if I think those times will come back. They're not coming back...". **Billfish** is one example of a species that the fishermen report has **decreased markedly in recent years.**

## Read more

### The heavy cost of Colombian coal

Carlos decided not to teach any of his four children to fish. As we walk along the dock and reflect on the heavy pressure that drug trafficking is putting on artisanal fishermen, Carlos admits that he spent two years in jail for drug trafficking. "I got into it by working on the boat. **There was no way to say no**. That's why I don't want my children to get into fishing. I have not even taught them how to fish," he says.



"It is difficult to talk with officials or the authorities about this issue", says Alejandro Giler, Manabí correspondent for the Ecuadorian media outlets Extra and Expreso. "There are many cases of piracy here in Manabí. The problem is that **nobody wants to talk because they are threatened and extorted**. There are few reports of engine theft for the same reason. And the authorities generally do not talk about it," says the correspondent.

Finding official information regarding the crisis is notoriously difficult © Andrés Yépez

We have contacted the Captaincy – which functions like the police at sea – in the city of Manta requesting an interview and data for this article, but our request was denied. As a reference, according to the Captaincy of the neighbouring province of Esmeraldas, **850 engines have been reported stolen** in the past five years in that province alone.

It's a very complex situation, confirms Jimmy López, president of the Federation of Fishing and Related Organizations of Ecuador (FOPAE): "**These criminals shoot people for denouncing the engine thefts**. If you report a complaint to the Prosecutor's Office, half an hour later you will get a call telling you to cancel it. Yes, they have killed several colleagues. But we have to talk about it because if we don't, things will go on like this," says López. He estimates that 40% of Ecuador's artisanal fleet



the presence of drug trafficking on Ecuador's coast, which has also extracted a high price from the fishermen. According to López, there are **more than 3,000 Ecuadorian artisanal fishermen imprisoned** in foreign countries, incarcerated with drug trafficking convictions, related to the trafficking of cocaine.

## A widespread problem

We travel further south, some 100 kilometres, to **Machalilla**. Narciso Baque Piguabe, 60, has lived here since he was eight years old. He also denounces the corruption related to the control of fishing. "We have laws, but they are corrupt, the authorities only care about money. Here we have a National Park where fishing is not allowed. But the **authorities have no way to enforce** this ban. Sometimes we are bothered by industrial and commercial fishers who are required to fish further out to sea. They are supposed to give us the opportunity to carry out our work at sea without having to compete with them. **We take care of the marine ecosystem**. We are not predators of entire species. But sometimes boats from elsewhere come here because our ecosystem is not as depleted as elsewhere," says Baque.

The crisis for artisanal fishermen is equally bad in other parts of Ecuador's coast © Andrés Yépez

Narciso's son Javier Baque Quimis, 28, sits next to his father at the table. "It is a **delicate issue**


**They are occupying our areas**. There are also prohibitions on the use of screens or lights (tools from industrial fishing) to attract lots of fish. It is one of the worst things. So the commercial fishing companies hire artisanal fishermen to use lights and screens, and they take a percentage of the catch as payment for this work. It is the **lack of opportunities** that forces us into these bad practices. There are no alternatives, when there are no fish, or when there is a closure," says Javier.

Narciso's boat is entering the sea. We are near Los Frailes beach, in Machalilla National Park. Narciso started fishing when he was 10 years old. His father taught him. "This is the real life of an artisanal fisherman," he says, as he reaches for a trammel net, his preferred fishing gear here. He usually fishes **from 4 a.m. to 10 a.m., every day**. The sea is immense and the fish are not everywhere. **It's down to luck**. "Sometimes we can earn 10-20 dollars in a day, sometimes nothing, and we just get burned by the sun. Eventually, they will have to come to help the fishermen, because it's as if we artisanal fishermen are riding bicycles, while the industrial fishers drive big cars," says Narciso. He also reflects on the prohibitions, and what will happen the day they ban the trammel net, which he often uses. "It would be **like a ban on artisanal fishing**. But I think we can take care of the sea without losing the tradition," he adds.



Another Weekend
Ariel Pink

The Amazon as a
teacher, in the...

## Looking for alternatives

Narciso has also recently ventured into the tourism sector, as an alternative to fishing. "I have provided for my children during the 40 years I have worked at sea. But now I'm going to give them **a new alternative** since fishing is losing its viability and will not provide a livelihood for new generations. I am happy because thanks to the sea I have always been by my family's side, I have not gone anywhere else to work. **I have been a worker of the sea**. But as an artisanal fisherman, I have always had to fight against the current". Narciso's voice echoes along with the loud sound of the waves, blending with the sea.

"I have been fed by the sea. The sea is a source of global wealth. Those of us who fight for the well-being of our oceans have to be grateful for all it has given us; **we must always keep it clean**. If we do not act with conscience, we are going to have problems with animals, like sea lions and turtles, which can ingest the garbage. The sea gives us food to eat, so let's take care of it", says Narciso. Many other boats come to ask us out there if we have been lucky in this place. You can tell there are a lot of boats.

Search        Another Weekend
Ariel Pink

The 60-year-old fisherman is tired. He is grateful for what the sea has given him – but he has no more strength. "It's just that the artisanal fisherman has to sweat his shirt off. If I go on fishing I'll last maybe ten more years. **I don't have the same strength anymore**. Where did I leave it? At sea. Why not look for a better way of living? If I stay on land, my children will not go fishing. A thing like **tourism could create an alternative**, the possibility to have a better life. Instead of letting them end their lives at sea, like their father," says Narciso.

Night falls over our boat at sea. Suddenly, the rastreros – also known as chinchoreros or shrimp trawlers – appear. They go to mile five instead of eight, contributing to overfishing. They are coerced by the boat owners (who normally stay on dry land). "We are aware of that," Narciso says. All around us, there are lights from boats in all directions. We know they are the chinchoreros. But even so, **the sea does not lose its poetry**. "Look at all the lights from the boats. They are like stars that have fallen into the sea."

*This story was produced with support from the Internews' Earth Journalism Network.*

Quest'opera è distribuita con Licenza Creative Commons Attribuzione - Non commerciale - Non opere derivate 4.0 Internazionale.